March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                              -v-

PATRICK MENSAH  ,
                      Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(__)(__)

Defendant **PATRICK MENSAH** _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

**X**    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____(For Mensah)_____    _____
Defendant's Signature                                      Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Patrick Mensah                                  Andrew Dalack
Print Defendant's Name                            Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

                                                          Stuart D. Aaron

11/5/2020                                         _____
Date                                                  U.S. Magistrate Judge